IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **Scott Snider, Individually and on Behalf of All Others Similarly Situated** : | Case No. 2:20-cv-02296 |
| : | |
| : | Judge James L. Graham |
| **Plaintiff,** : | |
| : | Magistrate Judge Chelsey M. Vascura |
| v. : | |
| : | |
| **Quantum Health, Inc.,** : | |
| : | |
| **Defendant.** : | |

## PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT UNDER THE FAIR LABOR STANDARDS ACT AND DISMISSAL OF ACTION

Plaintiffs respectfully request that the Court enter an Order, in the form attached hereto as Exhibit A, approving the Parties' Settlement Agreement (the "Agreement") as a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act. Defendant Quantum Health, Inc. does not oppose this Motion and consents to entry of the Order.

As demonstrated in the accompanying Supporting Memorandum of Law, the Parties' settlement constitutes the resolution of a *bona fide* dispute between the Parties and is the result of arm's-length negotiations, conducted by experienced counsel for all Parties, after litigating this case for two years and attending a mediation with a neutral mediator. The terms of the settlement are reasonable, appropriate, and fair to all Parties.

As a result, Plaintiffs respectfully request that the Court approve the settlement and permit the Parties to effectuate its terms using the forms and procedures set forth in their Agreement. Plaintiffs also ask, consistent with the Agreement, that the Court appoint Analytics Consulting LLC as the third-party Administrator and approve the following payments: (i) Service Award to Named Plaintiff in the amount of $15,000; (ii) Service Awards of $1,500 to each of the 11 opt-in

plaintiffs; (iii) Attorneys' Fees in the amount of $433,333; (iv) Plaintiffs' Litigation Expenses in an amount of $3,296.35; and (v) settlement administration fees to the Settlement Administrator in an amount not to exceed $6,000.

For these reasons and those stated in the accompanying Memorandum, Plaintiffs request that the Court approve the Parties' Settlement Agreement.

Dated: October 31, 2022

Respectfully submitted,

*/s/ Travis M. Hedgpeth*

ROBERT E. DEROSE
bderose@barkanmeizlish.com
JESSICA R. DOOGAN
jdoogan@barkanmeizlish.com
BARKAN MEIZLISH DEROSE WENTZ MCINERNEY PEIFER, LLP
250 East Broad Stree, 10th Floor
Columbus, Ohio 43215

JACK SIEGEL
Jack@siegellawgroup.biz
Texas Bar No. 24070621
Siegel Law Group PLLC
5706 E Mockingbird Lane, Suite 115
Dallas, Texas 75206
P: (214) 790-4454
www.4overtimelawyer.com

TRAVIS M. HEDGPETH
Texas Bar No. 24074386
THE HEDGPETH LAW FIRM, PC
3050 Post Oak Blvd., Suite 510
Houston, Texas 77056
P: (281) 572-0727
travis@hedgpethlaw.com

**ATTORNEYS FOR PLAINTIFFS**