IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Scott Snider, Individually and on Behalf of All Others Similarly Situated | : : : | Case No. 2:20-cv-02296 |
| Plaintiff, | : : | Judge James L. Graham |
| v. | : : : | Magistrate Judge Chelsey M. Vascura |
| Quantum Health, Inc., | : : | |
| Defendant. | : | |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT UNDER THE FAIR LABOR STANDARDS ACT AND DISMISSAL OF ACTION**

This matter comes before the Court on the Plaintiffs' Unopposed Motion for Approval of Settlement under the Fair Labor Standards Act and Dismissal of Action (ECF 58). Having considered Plaintiffs' Motion and supporting memorandum and exhibits, including the Parties' Settlement Agreement, the Court hereby GRANTS the Motion and ORDERS as follows:

1. The Court finds that the settlement in this Fair Labor Standards Act action is fair and reasonable, and therefore, meets the requirements for approval. The settlement is approved, and the terms of the Parties' Settlement Agreement are incorporated by reference into this Order.

2. Plaintiffs' proposed Notice of Settlement and plan for its distribution is approved. The language to be included on the Settlement Checks and in the Notice of Settlement is approved, and Settlement Class Members who execute or cash the check during the check cashing period will be deemed to have opted into the lawsuit for settlement purposes and will be bound by the release.

2

3. Analytics Consulting LLC is appointed as the Settlement Administrator in this case and to perform the duties identified in the Settlement Agreement. Payment of settlement administration fees to Analytics Consulting LLC in an amount not to exceed $6,000 are approved.

4. The Service Awards to the Named Plaintiff and Opt-in Plaintiffs are approved.

5. Plaintiffs' Counsel's request for attorneys' fees is granted. Likewise, Plaintiff's Counsel's request for litigation expenses in the amount of $3,296.35 is granted.

6. The action is hereby dismissed with prejudice, with such dismissal becoming effective thirty (30) days after the close of the check cashing period.

7. The parties shall abide by all terms of the Settlement Agreement and this Order.

DATED: November 2, 2022

s/ James L. Graham
United States District Judge